IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMINIQUE ELLIS<br>*Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| LIBERTY MUTUAL INSURANCE<br>COMPANY et al.,<br>*Defendants*. | : : : | NO. 18-1032 |

## ORDER

**AND NOW**, this 24th day of July, 2018, upon consideration of Defendants' Notice of Removal (Doc. No. 1), Plaintiff's Motion to Remand (Doc. No. 9), Defendants' Response (Doc. No. 10), oral argument held on July 17, 2018, and the parties' submissions after oral argument (Doc. Nos. 18 & 19), it is **ORDERED** as follows:

1. The Motion to Remand (Doc. No. 9) is **GRANTED**.
2. The Motion to Continue Arbitration (Doc. No. 15) is **deemed MOOT**.
3. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings.
4. **The Clerk of Court shall MARK THIS CASE CLOSED for all purposes, including statistics.**

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE